## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re:

|  |  |  |
|---|---|---|
| | § | Chapter 11 |
| BRENDAN GOWING, INC., *et al.*,[1] | § | |
| | § | Case No. 24-32631(EVR) |
| Debtors. | § | (Jointly Administered) |

## CASH FLOW STATEMENT

---

[1] The Debtors in these Chapter 11 Sub V cases, along with the last four digits of each Debtor's federal tax identification number or SSN numbers, are: Brendan Gowing, Inc. (4999); Brendan F. Gowing (SSN: 6231) & Cahterine H. Gowing (SSN: 8984).  The mailing address for the Debtors listed above is 3600 Michaux, Houston, Texas 77009.

# The Heights Villa

## Statement of Cash Flows

January 1 - June 5, 2024

| | TOTAL |
|---|---|
| OPERATING ACTIVITIES | |
| Net Income | 102,630.60 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: | |
| Inventory Asset | -260.53 |
| **Total Adjustments to reconcile Net Income to Net Cash provided by operations:** | **-260.53** |
| **Net cash provided by operating activities** | **$102,370.07** |
| INVESTING ACTIVITIES | |
| Long-term office equipment:Computers & tablets | -2,099.36 |
| **Net cash provided by investing activities** | **$ -2,099.36** |
| FINANCING ACTIVITIES | |
| Opening balance equity | 11,002.45 |
| Owner draws | -48,246.51 |
| Personal expenses | -27,582.79 |
| Personal healthcare | -3,160.93 |
| Personal healthcare:Health insurance premiums | -5,541.12 |
| **Net cash provided by financing activities** | **$ -73,528.90** |
| **NET CASH INCREASE FOR PERIOD** | **$26,741.81** |
| **CASH AT END OF PERIOD** | **$26,741.81** |