IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In re: § Chapter 11
§
BRENDAN GOWING, INC., *et al.*,[1] §
§ Case No. 24-32631(EVR)
Debtors. § (Jointly Administered)

**STATEMENT OF OPERATIONS**

---

[1] The Debtors in these Chapter 11 Sub V cases, along with the last four digits of each Debtor's federal tax identification number or SSN numbers, are: Brendan Gowing, Inc. (4999); Brendan F. Gowing (SSN: 6231) & Cahterine H. Gowing (SSN: 8984). The mailing address for the Debtors listed above is 3600 Michaux, Houston, Texas 77009.

# The Heights Villa

## Profit and Loss
January 1 - June 5, 2024

|  | TOTAL |
|---|---:|
| **Income** | |
|     Refunds to customers | -1,000.00 |
|     Sales | 354,778.52 |
|     Services | 195.85 |
| **Total Income** | **$353,974.37** |
| Cost of Goods Sold | |
|     Cost of goods sold | |
|         Subcontractor expenses | 3,070.59 |
|         Supplies & materials | 1,419.06 |
|     **Total Cost of goods sold** | **4,489.65** |
| **Total Cost of Goods Sold** | **$4,489.65** |
| **GROSS PROFIT** | **$349,484.72** |
| Expenses | |
|     Advertising & marketing | 7,574.80 |
|         Social media | 953.50 |
|     **Total Advertising & marketing** | **8,528.30** |
|     Business licences | 1,522.52 |
|     Contract labor | 118,935.76 |
|     Equipment rental | 1,000.00 |
|     General business expenses | |
|         Bank fees & service charges | 4,291.44 |
|         Continuing education | 60.00 |
|         Memberships & subscriptions | 54.17 |
|     **Total General business expenses** | **4,405.61** |
|     Insurance | 7,215.41 |
|     Interest paid | |
|         Business loan interest | 4,900.00 |
|     **Total Interest paid** | **4,900.00** |
|     Legal & accounting services | 1,914.90 |
|         Accounting fees | 18,000.00 |
|         Legal fees | 784.50 |
|     **Total Legal & accounting services** | **20,699.40** |
|     Meals | 6,286.71 |
|         Meals with clients | 3,636.25 |
|     **Total Meals** | **9,922.96** |
|     Office expenses | |
|         Office supplies | 21,506.46 |
|         Software & apps | 1,586.52 |
|     **Total Office expenses** | **23,092.98** |

# The Heights Villa

## Profit and Loss

January 1 - June 5, 2024

|  | TOTAL |
|---|---:|
| Payroll expenses | |
|   Wages | 350.00 |
| **Total Payroll expenses** | **350.00** |
|   Repairs & maintenance | 2,050.96 |
|   Supplies | |
|     Supplies & materials | 14,730.83 |
| **Total Supplies** | **14,730.83** |
|   Travel | |
|     Taxis or shared rides | 314.40 |
| **Total Travel** | **314.40** |
|   Utilities | 409.14 |
|     Disposal & waste fees | 688.23 |
|     Electricity | 10,677.35 |
|     Internet & TV services | 556.14 |
|     Phone service | 5,177.92 |
|     Water & sewer | 500.00 |
| **Total Utilities** | **18,008.78** |
| **Total Expenses** | **$235,677.91** |
| **NET OPERATING INCOME** | **$113,806.81** |
| Other Income | |
|   Other income | |
|     Credit card rewards | 12.65 |
| **Total Other income** | **12.65** |
| **Total Other Income** | **$12.65** |
| Other Expenses | |
|   Vehicle expenses | |
|     Parking & tolls | 32.03 |
|     Vehicle gas & fuel | 2,085.73 |
|     Vehicle insurance | 3,413.81 |
|     Vehicle loan interest paid | 4,541.82 |
|     Vehicle repairs | 1,115.47 |
| **Total Vehicle expenses** | **11,188.86** |
| **Total Other Expenses** | **$11,188.86** |
| **NET OTHER INCOME** | **$ -11,176.21** |
| **NET INCOME** | **$102,630.60** |